UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNO JENKINS,<br><br>   Plaintiff,<br><br>vs.<br><br>STALKER SOFTWARE, INC., d/b/a COMMUNIGATE SYSTEMS, INC. and VLADIMIR BUTENKO<br><br>   Defendants | Case No.: **3:17-CV-7333-SI**<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: December 27, 2017<br><br>Further Case Management<br>Conference:  August 24, 2018<br>Time:    3:00 p.m.<br>Courtroom:  San Francisco Courthouse<br>      Courtroom 1, 17th Floor<br>      450 Golden Gate Ave.<br>      San Francisco, CA 94102 |

**[ ~~PROPOSED~~ ] ORDER**

Pursuant to the *Joint Stipulation of Dismissal* filed by Plaintiff ARNO JENKINS, and Defendants STALKER SOFTWARE, INC. d/b/a *COMMUNIGATE SYSTEMS* (sued herein as "STALKER SOFTWARE, INC., d/b/a COMMUNIGATE SYSTEMS, INC.") and VLADIMIR BUTENKO, and good cause appearing therefor, the *Stipulation* is hereby GRANTED.

The action is hereby DISMISSED WITH PREJUDICE, and each party shall bear his or its own costs, expenses, and attorneys' fees. All dates scheduled in this action are hereby VACATED.

Dated: _____August 20_____, 2018     By_____*Susan Illston*_____
                                        United States District Judge